MINUTE ENTRY          10:30 a.m.

STUSSY, INC. -vs- EVERTRUST CORPORATION, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Thomas Clifford, Attorney for Plaintiff

PROCEEDINGS: MOTION FOR AN ORDER TO SHOW CAUSE

 Plaintiffs were represented in court by Attorney Thomas Clifford.  Defendants were unrepresented.

 Attorney Clifford reported that all defendant's were served and the returns were filed with the Court.  Further, he reported that the defendants had offered to make certain payments. Attorney Clifford argued the motion and offered Exhibits A (Bong Enterprises), B (Bong Enterprises), C (Daehung Corporation), and D (Peace Corporation).  Court so received.

 Court granted the motion and ordered that the defendants make the payments as agreed to and if they fail, that an arrest warrant will issue for them to be brought before the Court.

 Further, Court ordered that the attorneys fees and costs requested by Attorney Clifford was granted.

         Court requested that Attorney Clifford prepare the order.


        Adjourned 10:50 a.m.


;    [KLL EOD 05/04/2004]